AUGUST QUASTADISGNO, PLAINTIFF, v. JOHN T. CLARK & SONS, DEFENDANT.

Decided July 6, 1925.

**Pleadings—Motion to Strike Out Pleadings Created Enough Doubt to Warrant Refusal.**

For the plaintiff, *Anthony P. Laporta.*

For the defendant, *Collins & Corbin.*

The opinion of the court was delivered by

MINTURN, J.  After an examination of the briefs in the above-entitled action, I have concluded that, in view of the determination of the Chief Justice in *Young* v. *Sterling Leather Works,* 96 *Atl. Rep.* 1016, there is enough doubt in the situation created to strike out the complaint as against the defendant John T. Clark & Sons, Inc.

Such will be the order.